UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO, ET ALS.
    Plaintiffs

vs.

CROWLEY TOWING & TRANSPORTATION, ET ALS.
    Defendants

CIVIL NO. 97-2437 (GG)
CIVIL NO. 98-1548 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: May 7, 2001<br>Docket: #96<br>[] Plffs  [X] Defts  [] Joint<br>Title: Motion Requesting Leave to Withdraw as Local Counsels | **GRANTED AS REQUESTED.** |

Date: May 10, 2001

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:        EOD:

By: /\        #97

7