UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO, ET ALS.
    Plaintiffs

vs.

CROWLEY TOWING & TRANSPORTATION, ET ALS.
    Defendants

CIVIL NO. 97-2437 (GG)
CIVIL NO. 98-1548 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 17, 2001<br>**Docket:** #98<br>[] Plffs  [X] Defts  [] Joint<br>**Title:** Notice of Appearance | **GRANTED AS REQUESTED.** |

Date: July 19, 2001

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:            EOD:

By: _____  # 99