UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO, ET ALS.
    Plaintiffs

vs.

CROWLEY TOWING & TRANSPORTATION, ET ALS.
    Defendants



CIVIL NO. 97-2437 (GG)
CIVIL NO. 98-1548 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: July 13, 2000<br>Docket: #89<br>[x] Plffs  [] Defts  [] Joint<br>Title: Motion for Leave to File Sur-Reply | **GRANTED**. |

| MOTION | RULING |
|---|---|
| Date Filed: June 14, 2000<br>Docket: #80<br>[x] Plffs  [] Defts  [] Joint<br>Title: Request to Join and Claim and Be a Part of the above Captioned Case | Upon careful consideration of the defendants' opposition and in view of the fact the "Stipulation for Voluntary Dismissal and Released of All Claims" entered and approved in Civil Case #97-1103 (SEC), the request is **DENIED**. |

Date: September 30, 2002

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:         EOD:

By: /s/        # 100

