UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO RODRIGUEZ, ET ALS.
    Plaintiffs

vs.

CIVIL NO. 98-1546 (GG)

97-2437(GG)

CROWLEY TOWING AND TRANSPORTATION CO., ET ALS
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 19, 2003<br>**Docket:** #104<br>[] Plffs   [x] **Defts**   [] Joint<br>**Title:** Motion for Extension of Time to Respond to Plaintiffs' Motion to Transfer Venue and Plaintiffs' Motion for Status Conference | **GRANTED** up and until **September 4, 2003.** |

**Date:** August 20, 2003

GILBERTO GIERBOLINI
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |