UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO, ET ALS.
    Plaintiffs

vs.

CROWLEY TOWING AND TRANSPORTATION CO., ET ALS
    Defendants

CIVIL NO. 97-2437 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: August 27, 2003<br>Docket: #107<br>[] Plffs  [x] Defts  [] Joint<br>Title: Motion Requesting that no Notices be sent to the Undersigned Counsel | GRANTED AS REQUESTED. |

| MOTION | RULING |
|---|---|
| Date Filed: August 26, 2003<br>Docket: #106<br>[] Plffs  [x] Defts  [] Joint<br>Title: Motion Requesting Extension of Time to Answer Plaintiffs' Renewed Motion for Status Conference and Plaintiffs' Motion to Transfer Venue of case to Florida | GRANTED AS REQUESTED. No further extensions will be granted. |

Date: September 3, 2003

GILBERTO GIERBOLINI
U.S. District Judge

Rec'd:    EOD:

By: