UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO RODRIGUEZ, ET ALS.
    Plaintiffs

vs.

CIVIL NO. 97-2437 ~~98-1546~~ (GG)

CROWLEY TOWING AND TRANSPORTATION CO., ET ALS
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: February 6, 2004<br>Docket: #112<br>[] Plffs   [x] Defts   [] Joint<br>Title: Informative Motion | NOTED. |

 

S/Gilberto Gierbolini

_____

**GILBERTO GIERBOLINI**
**U.S. District Judge**

Date:  February 20, 2004

| Rec'd: | EOD: |
|---|---|
| By: | # |