**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**


ORLANDO RODRIGUEZ, ET ALS.
    Plaintiffs

vs.

                                     CIVIL NO.  97-2437  (GG)

CROWLEY TOWING AND TRANSPORTATION CO., ET ALS
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** August 13, 2003<br>**Docket:** #103<br>[x] **Plffs**   [] **Defts**  [] **Joint**<br>**Title:** Motion to Transfer Case | Having carefully examined the parties' arguments, the motion is **DENIED**. |

| MOTION | RULING |
|---|---|
| **Date Filed:** August 13, 2003<br>**Docket:** #102<br>[x] **Plffs**   [] **Defts**  [] **Joint**<br>**Title:** Motion to Appear *Pro Hac Vice* | **DENIED** for lack of payment of the applicable fee. |

| MOTION | RULING |
|---|---|
| **Date Filed:** November 18, 2002<br>**Docket:** #101<br>[x] **Plffs**   [] **Defts**  [] **Joint**<br>**Title:** Motion to Appear *Pro Hac Vice* | **DENIED** for lack of payment of the applicable fee. |


S/Gilberto Gierbolini

_____
**GILBERTO GIERBOLINI**
**U.S. District Judge**

**Date**:  March 22, 2004