IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
ANGEL ORTIZ-ANGLERO, et al       *
                                 *
Plaintiffs                       *
                                 *
vs.                              *     CIVIL NO. 97-2437 (GG)
                                 *
CROWLEY TOWING & TRANSPORTATION  *
CO., et al                       *
                                 *
Defendants                       *
---------------------------------*
```

## MEMORANDUM OF THE CLERK

Due to the recent retirement of Senior Judge Gilberto Gierbolini, this case has been reassigned within the Case Assignment System to **Judge Carmen Consuelo Cerezo**.

All future filings shall bear Judge Carmen Consuelo Cerezo's initials next to the case numbers: **Civil No. 97-2437 (CCC)**.

San Juan, Puerto Rico, April 14, 2004.

**FRANCES RIOS DE MORAN, ESQ.**
**Clerk of Court**

**S/ Laura E. Rivera**
**Laura E. Rivera**
**Operations Manager**