IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO and REINALDO ILARRAZA-MEDINA

Plaintiffs

vs

CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO,

Defendants
_____

ORLANDO RODRIGUEZ, LEONCIO CANCEL, ANGEL ORTIZ, PEDRO FIGUEROA, REYNALDO ILARRAZA, MIGUEL NEGRON

Plaintiffs

vs

CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION

Defendants

CIVIL 97-2437CCC
CIVIL 98-1548CCC

# O R D E R

Plaintiffs' Motion for Protective Order filed March 15, 1999 (**docket entry 58**) is DENIED.

Plaintiffs Rule 60(b) Motion for Relief from Order Denying 94 Plaintiffs' Motion to Amend Complaint and Motion for Reconsideration of the Court's December 11, 2000 Order filed December 21, 2000 (**docket entry 92**) which defendant Seafarers' International Union opposed (**docket entry 95**), is DENIED.

CIVIL 97-2437 and 98-1548CCC            2

Plaintiffs" Motion for Entry of a Rule 54(b) Judgment filed December 21, 2000 (**docket entry 93**), which Seafarers' International Union opposed (**docket entry 94**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on June 16, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge