CV-97-2437 (CCC)

24/5/04

Clerks Offices
U.S.A. Distric Cort.
room 150 Federal Bilding
San Juan P.R. 00918-1767

RECEIVED & FILED
04 JUN 7 AM 10:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Preste la atención al caso CB-97-2437 (Angel Ortiz Anglero). Por la presente carta quiero notificar que este caso estuvo anteriormente en las manos del Jues Gilberto Gervolini, que por razones ajenas a nuestra voluntad fué tronsferido a la Jues Cerezo, el cual estuvo en manos por el Jues anterio por un perido de 7 años. Enviando está notificación para que le den seguimiento "Urgente" a esté caso. Agradecemos la atención que puedan tener con nuestro caso y que le puedan dar seguimiento lo más antes posible.

Att
Ivan L. Coraliz
tel. 787-269-5494
cel. 787-948-7482