

AFFILIATED WITH THE SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA • AFL-CIO

## SEAFARERS INTERNATIONAL UNION
### ATLANTIC • GULF • LAKES AND INLAND WATERS DISTRICT
### NATIONAL MARITIME UNION
5201 AUTH WAY • CAMP SPRINGS, MARYLAND 20746-4275 • (301) 899-0675

**MICHAEL SACCO**
PRESIDENT
**JOHN FAY**
EXECUTIVE VICE PRESIDENT
**DAVID HEINDEL**
SECRETARY-TREASURER
**AUGUSTIN TELLEZ**
VICE PRESIDENT
**DEAN CORGEY**
VICE PRESIDENT
**NICHOLAS J. MARRONE**
VICE PRESIDENT
**TOM ORZECHOWSKI**
VICE PRESIDENT
**KERMETT MANGRAM**
VICE PRESIDENT
**RENÉ LIOEANJIE**
VICE PRESIDENT AT LARGE
**CHARLES STEWART**
VICE PRESIDENT AT LARGE
**JOHN SPADARO**
UIW NATIONAL DIRECTOR

December 10, 2001

<u>VIA FAX to (305) 865-7167</u>
<u>and VIA U.S. MAIL</u>
J.H. Zidell, Esq.
300 71st Street, #605
Miami Beach, FL 33141

    Re:    <u>Rodriguez et al. v. Crowley et al.</u>
            Civil Nos. 97-2437 (GG) and 98-1548 (GG)

Dear Mr. Zidell:

    I am in receipt of Plaintiffs' Request for Admissions, Request to Produce Documents and Interrogatories, dated November 20, 2001. As you know, on July 7, 2000, the Seafarers International Union filed a Motion in Opposition to Plaintiffs' Motion to Compel Discovery. In its Motion, the Union took the position that it was too late for Plaintiffs to conduct further discovery. The SIU repeats its objections to further discovery by Plaintiffs, for all the reasons stated in the Motion of July 7, 2000.

                                         Sincerely,

                                         Ellen Silver

cc:    Raquel M. Dulzaides, Esq.
         Ana Rosa Biascoechea, Esq.
         Luis Suárez, Esq.

FAX (301) 899-7355