IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL ORTIZ ANGLERO and REINALDO ILARRAZA-MEDINA<br><br>Plaintiffs<br><br>vs<br><br>CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO,<br><br>Defendants<br>_____<br><br>ORLANDO RODRIGUEZ, LEONCIO CANCEL, ANGEL ORTIZ, PEDRO FIGUEROA, REYNALDO ILARRAZA, MIGUEL NEGRON<br><br>Plaintiffs<br><br>vs<br><br>CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION<br><br>Defendants | **CIVIL 97-2437CCC**<br>**CIVIL 98-1548CCC** |

# **O R D E R**

The letter motion filed on June 7, 2004 (**docket entry 117**) is STRICKEN from the record because the writer is not a party to this action.  The Clerk of Court shall return the motion with a copy of this Order.

SO ORDERED.

At San Juan, Puerto Rico, on August 24, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge