UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANGEL ORTIZ ANGLERO AND REINALDO ILARRAZA MEDINA | * * * | CIVIL NO. 97-2437 (CCC) |
| Plaintiffs | * * | |
| vs. | * * | JURY TRIAL REQUESTED |
| CROWLEY TOWING AND TRANSPORTATION COMPANY AND SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO | * * * * * * * | |
| Defendants | * | |
| ORLANDO RODRIGUEZ  et al. | * * | CIVIL NO. 98-1548 (CCC) |
| Plaintiffs | * * | JURY TRIAL REQUESTED |
| vs. | * * | |
| CROWLEY TOWING AND TRANSPORTATION COMPANY AND SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO | * * * * * * * | |
| Defendants | * | |

MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

Plaintiffs in CIVIL NO. 97-2437, by and through counsel, respectfully move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedures, to grant summary judgment for plaintiffs in the instant case. A Statement of Uncontested Material Facts and supporting Memorandums is accompanied.

WHEREFORE, plaintiffs respectfully request the Court to grant their motion for summary judgment.

I certify that on this same date I sent copy of the foregoing motion to attorney Ana Rosa Biascoechea, to P.O. Box 195332, San Juan, PR 00919-5332; to attorney Raquel M. Dulcaides, to fax 751-4068 and to P.O. Box 366104, San Juan, PR 00936-6104; to Ellen Silver, Esq., 5201 Auth Way, Camp Springs, Maryland 20746 and to attorney J.H. Zidell, to fax 305-865-7167 and to City National Bank Building, 300 71 St. #605, Miami Beach, FL 33141.

Respectfully submitted, this 20 day of August 2004.

LUIS AMAURI SUAREZ ZAYAS, ESQ.
US DISTRICT COURT NO. 118903
CALLE FELIPE GOYCO 503
SAN JUAN, PUERTO RICO 00915
TELS. 726-5592, 761-3037
Fax 787-726-0954