UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO AND REINALDO
ILARRAZA MEDINA

    Plaintiffs

        vs.

CROWLEY TOWING AND TRANSPORTATION
COMPANY AND SEAFARERS INTERNATIONAL
UNION OF NORTH AMERICA, ATLANTIC,
GULF, LAKES AND INLAND WATERS
DISTRICT, AFL-CIO

    Defendants

CIVIL NO. 97-2437 (CCC)

JURY TRIAL REQUESTED

* * * * * * * * * * * * * * * * *

ORLANDO RODRIGUEZ et al.

    Plaintiffs

        vs.

CROWLEY TOWING AND TRANSPORTATION
COMPANY AND SEAFARERS INTERNATIONAL
UNION OF NORTH AMERICA, ATLANTIC,
GULF, LAKES AND INLAND WATERS
DISTRICT, AFL-CIO

    Defendants

CIVIL NO. 98-1548 (CCC)

JURY TRIAL REQUESTED

* * * * * * * * * * * * * * * * *

**MOTION IN OPPOSITION TO CROWLEY TOWING AND TRANSPORTATION CO. AND SEAFARERS INTERNATIONAL UNION MOTIONS FOR SUMMARY JUDGMENT**

TO THE HONORABLE COURT:

    Plaintiffs in CIVIL NO. 97-2437, by and through counsel, respectfully allege and pray:

    1. On January 29, 1999 SEAFARERS INTERNATIONAL UNION moved this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedures, to grant summary judgment and dismiss this action as to SEAFARERS INTERNATIONAL UNION.

2. On January 29, 1999 CROWLEY TOWING AND TRANSPORTATION COMPANY moved this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedures, to grant summary judgment and dismiss this action as to CROWLEY TOWING AND TRANSPORTATION COMPANY.

3. Both motions were accompanied by a Statement of Material Facts and supporting Memorandums of Law.

4. Plaintiffs oppose defendants' motions for summary judgment. A Statement of Material Facts and a supporting Memorandum of Law is accompanied.

WHEREFORE, plaintiffs respectfully request that the Court deny defendants' motions for summary judgment.

I certify that on this same date I sent copy of the foregoing motion to attorney Ana Rosa Biascoechea, to P.O. Box 195332, San Juan, PR 00919-5332; to attorney Raquel M. Dulcaides, to fax 751-4068 and to P.O. Box 366104, San Juan, PR 00936-6104; to Ellen Silver, Esq., 5201 Auth Way, Camp Springs, Maryland 20746 and to attorney J.H. Zidell, to fax 305-865-7167 and to City National Bank Building, 300 71 St. #605, Miami Beach, FL 33141.

Respectfully submitted, this 30 day of August 2004.

LUIS AMAURI SUAREZ ZAYAS, ESQ.
US DISTRICT COURT NO. 118903
CALLE FELIPE GOYCO 503
SAN JUAN, PUERTO RICO 00915
TELS. 726-5592, 761-3037
Fax 787-726-0954