

*Exhibit 1*

AFFILIATED WITH THE SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA • AFL-CIO

# SEAFARERS INTERNATIONAL UNION
## ATLANTIC • GULF • LAKES AND INLAND WATERS DISTRICT

5201 AUTH WAY • CAMP SPRINGS, MARYLAND 20746-4275 • (301) 899-0675

MICHAEL SACCO
PRESIDENT
JOSEPH SACCO
EXECUTIVE VICE PRESIDENT
JOHN FAY
SECRETARY-TREASURER
AUGUSTIN TELLEZ
VICE PRESIDENT
JACK CAFFEY
VICE PRESIDENT
DEAN CORGEY
VICE PRESIDENT
GEORGE McCARTNEY
VICE PRESIDENT
BYRON KELLEY
VICE PRESIDENT
ROY A. MERCER
VICE PRESIDENT
STEVE EDNEY
UIW NATIONAL DIRECTOR

January 13, 1997

Mr. Michael DiPrisco
Director of Labor Relations
Crowley Towing and Transportation Co.
9487 Regency Square
Jacksonville, FL 32206

Dear Mr. DiPrisco:

The Seafarers International Union acknowledges receipt of a letter dated December 18, 1996, sent from Matthew Yacavone, Sr. Port Captain, to Steve Ruiz, SIU Port Agent, Caribbean Region, (copy attached) notifying the Union of the permanent closing of the entire operation of Crowley Towing & Transportation Co. located at Pier 10, Fernandez Juncos Ave., Stop 3-1/2, San Juan, Puerto Rico, and at Extension La Paz Street, San Miguel Building, Annex, Miramar, San Juan Puerto Rico, effective on January 31, 1997.

Based on the official notification from Crowley, we hereby demand immediate negotiations over the impact of Crowley's decision on our membership employed at the affected sites. Please contact me immediately to discuss the appropriate time and place for discussions.

Thank you for your immediate response.

Very truly yours,

Augustin Tellez
Vice President

AT:ssy
cc: Steve Ruiz, SIU
    Matthew Yacavone
    Jerry Dowd

FAX (301) 899-7355

*Exhibit 1*