Exhibit 2

# INLAND WATERS DIVISION
## DIVISION DE AGUAS INTERIORES
## EMPLOYEE GRIEVANCE FORM
### FORMULARIO PARA LA RADICACION DE QUERELLA DEL EMPLEADO

DATE FILED / FECHA DE RADICACION: 4-1-97

COMPANY NAME / NOMBRE DE LA COMPAÑIA: Crowley Marine

EQUIPMENT NAME / NOMBRE DEL EQUIPO:

ADDRESS / DIRECCION: Pier #10, San Juan, Puerto Rico

PORT / PUERTO: San Juan

NAME / NOMBRE: Angel Ortiz

BOOK # / LIBRO #:

SOC-SEC.# / # SEG. SOCIAL: 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

JOB CLASSIFICATION / CLASIFICACION DEL EMPLEO: Engineer

DATE OF GRIEVANCE / FECHA DE QUERELLA: 4-1-97

GRIEVANCE / QUERELLA:
Crowley Marine (The Company) gave me a letter of layoff, (on 4-1-97 but dated 3-27-97), when the closing of Pier 10 at San Juan. Other workers with less company seniority were not given the layoff. My company seniority was violated. I was discriminated.

CLAUSE OF CONTRACT VIOLATED / VIOLACION DE CLAUSULA CONTRACTUAL: Article IV. Section 1

People with less seniority are present working Rene Vazquez, Rafael Campos, Richard Hollis.

SETTLEMENT DESIRED / ACUERDO QUE DESEA OBTENER: Respetar seniority clausula Article IV Section 1, Pagar sueldo dejado de devengar and claiming the Job as per seniority.

RECEIVED APR 01 1997 By