*Exhibit 3*

# INLAND WATERS DIVISION
## DIVISION DE AGUAS INTERIORES

# EMPLOYEE GRIEVANCE FORM
FORMULARIO PARA LA RADICACION DE QUERELLA DEL EMPLEADO

DATE FILED: 4-1-97
FECHA DE RADICACION

COMPANY NAME: Crowley Marine
NOMBRE DE LA COMPAÑIA

EQUIPMENT NAME: _____
NOMBRE DEL EQUIPO

ADDRESS: Pier #10, San Juan, Puerto Rico
DIRECCION

PORT: San Juan
PUERTO

NAME: R. Ilarraza
NOMBRE

BOOK #: _____
LIBRO #

SOC-SEC.#: 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
# SEG. SOCIAL

JOB CLASSIFICATION: Engineer
CLASIFICACION DEL EMPLEO

DATE OF GRIEVANCE: 4-1-97
FECHA DE QUERELLA

GRIEVANCE:
QUERELLA

Crowley Marine (The Company) gave me a letter of layoff, (on 4-1-97 but dated 3-27-97), when the closing of Pier 10 at San Juan. The workers with less company seniority were not given the layoff. My company seniority was violated. I was discriminated.

CLAUSE OF CONTRACT VIOLATED: Article IV - Section 1
VIOLACION DE CLAUSULA CONTRACTUAL

Trabajando al momento Rafael Campo, Richard Hollis, Vasquez Rene y otros

SETTLEMENT DESIRED: * Que se Respete Clausura Article IV. section 1
ACUERDO QUE DESEA OBTENER

* Que me paguen sueldo dejado de ganar y
Nos Repongan mi Plaza

RECEIVED APR 01 1997

EXHIBIT
10-B to Ruiz
Affidavit