# SEAFARERS INTERNATIONAL UNION

AFFILIATED WITH THE SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA • AFL-CIO

ATLANTIC • GULF • LAKES AND INLAND WATERS DISTRICT

1057 FERNANDEZ JUNCOS, STOP 16½ • SANTURCE, PUERTO RICO 00907 • (809) 721-4033

MICHAEL SACCO
PRESIDENT
JOSEPH SACCO
EXECUTIVE VICE PRESID
JOHN FAY
SECRETARY-TREASUR
AUGUSTIN TELLEZ
VICE PRESIDENT
JACK CAFFEY
VICE PRESIDENT
DEAN CORGEY
VICE PRESIDENT
GEORGE McCARTNE
VICE PRESIDENT
BYRON KELLEY
VICE PRESIDENT
ROY A. MERCER
VICE PRESIDENT
STEVE EDNEY
IUW NATIONAL DIRECT

DATE: MAY 12, 1997

NAME: ANGEL ORTIZ
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

ADDRESS: CALLE BARACUDA
1561 BAHIA VISTA MAR
CAROLINA, P.R.

*Hand delivered to member Angel Ortiz by Joe Uguro may 12.97*

DEAR BROTHER ORTIZ:

THE UNION HAS CAREFULLY INVESTIGATED YOUR GRIEVANCE DATED APRIL 14, 1997 CONCERNING THE COMPANY SENIORITY.

FOLLOWING ITS INVESTIGATION, THE UNION FOUND:

1. SENIORITY WAS BASED ON QUALIFICATIONS, GRIEVANCE IS BEING REJECTED AS TIME BARRED.

BECAUSE THE COMPANY ACTED IN ACCORDANCE WITH ITS COLLECTIVE BARGAINING AGREEMENT WITH THE UNION, THE S.I.U. HAS DECIDED NOT TO TAKE THIS GRIEVANCE TO ARBITRATION.

SINCERELY,

AMANCIO CRESPO
PATROLMAN
S.I.U. SAN JUAN

CC: STEVE RUIZ

AC:EC

EXHIBIT
13-A to Ruiz
Affidavit

FAX (809) 725-8013