

AFFILIATED WITH THE SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA • AFL-CIO

# SEAFARERS INTERNATIONAL UNION
## ATLANTIC • GULF • LAKES AND INLAND WATERS DISTRICT

1057 FERNANDEZ JUNCOS, STOP 15½ • SANTURCE, PUERTO RICO 00907 • (809) 721-4033

MICHAEL SACCO
PRESIDENT
JOSEPH SACCO
EXECUTIVE VICE PRES'T
JOHN FAY
SECRETARY-TREASU:
AUGUSTIN TELLE:
VICE PRESIDENT
JACK CAFFEY
VICE PRESIDENT
DEAN CORCZY
VICE PRESIDENT
GEORGE McCART:
VICE PRESIDENT
BYRON KELLEY
VICE PRESIDENT
ROY A. MERCER
VICE PRESIDENT
STEVE EDNEY
UIW NATIONAL DIREC

DATE: MAY 12, 1997

NAME: REINALDO ILARRAZA
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

ADDRESS: CALLE 24 BLQ. 15 Ñ5
VILLA CAROLINA
CAROLINA, P.R. 00983

*[handwritten: This letter was personally given to member Ilarraza by me. Joe Prieto. Hand delivered 5/12/97]*

DEAR BROTHER ILARRAZA:

THE UNION HAS CAREFULLY INVESTIGATED YOUR GRIEVANCE DATED APRIL 14, 1997 CONCERNING THE COMPANY SENIORITY.

FOLLOWING ITS INVESTIGATION, THE UNION FOUND:

1. SENIORITY WAS BASED ON QUALIFICATIONS, GRIEVANCE IS BEING REJECTED AS TIME BARRED.

BECAUSE THE COMPANY ACTED IN ACCORDANCE WITH ITS COLLECTIVE BARGAINING AGREEMENT WITH THE UNION, THE S.I.U. HAS DECIDED NOT TO TAKE THIS GRIEVANCE TO ARBITRATION.

SINCERELY,

AMANCIO CRESPO
PATROLMAN
S.I.U. SAN JUAN

CC: STEVE RUIZ

FAX (809) 725-3013

EXHIBIT
13-B to Ruiz
Affidavit