

# CROWLEY TOWING & TRANSPORTATION COMPANY
## PIER 10, SAN JUAN, PUERTO RICO
## FEBRUARY, 1997
### SENIORITY LIST

| STATUS / NAME | | SOCIAL SECURITY NO. | COMPANY DATE OF HIRE | AREA DATE OF HIRE | CLASS. DATE OF HIRE |
|---|---|---|---|---|---|
| **ENGINE UTILITY:** | | | | | |
| 1. | LEONCY, Joseph | 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 | 04/18/76 | | |
| 2. | CARRION, Heinz | 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 | 04/28/76 | | |
| 3. | VAZQUEZ, Miguel | 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 | 04/26/77 | | |
| 4. | RODRIGUEZ, Carlos | 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 | 09/09/77 | | |
| 5. | NELSON, Joseph | 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 | 03/10/78 | | |
| 6. | FIGUEROA, Manuel | 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 | 05/02/78 | | |
| 7. | ORTIZ, Angel* | 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 | 07/20/81 | | |
| 8. | ALVAREZ, Luis | 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 | 10/11/82 | | |
| 9. | ILARRAZA, Reinaldo* | 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 | 07/26/83 | | |
| 10. | ALEJANDRO, Samuel | 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 | 07/28/83 | | |
| 11. | MATOS, Elpidio | 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 | 04/25/89 | | |
| 12. | SANCHEZ, Jose | 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 | 01/22/90 | | |
| 13. | RODRIGUEZ, Jose | 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 | 06/06/90 | | |
| 14. | CAMPOS, Rafael* | 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 | 06/11/91 | | |
| 15. | PATTERSON, Brian* | 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 | 10/26/93 | | |
| 16. | HOLLIS, Richard* | 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 | 11/11/93 | | |
| 17. | GABICE, Johnny C.* | 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 | 06/13/94 | 06/13/94 | 06/13/94 |
| 18. | SANTOS, Jose R. | 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 | 10/17/94 | 10/17/94 | 10/17/94 |
| 19. | NAZARIO, Carlos R. | 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 | 06/28/95 | 06/28/95 | 06/28/95 |
| 20. | VAZQUEZ GOMEZ, Rene* | 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 | 03/01/96 | 03/01/96 | 03/01/96 |