UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANGEL ORTIZ ANGLERO AND REINALDO ILARRAZA MEDINA | * * * | CIVIL NO. 97-2437 (CCC) |
| Plaintiffs | * * | JURY TRIAL REQUESTED |
| vs. | * * | |
| CROWLEY TOWING AND TRANSPORTATION COMPANY AND SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO | * * * * * * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ORLANDO RODRIGUEZ et al. | * * | CIVIL NO. 98-1548 (CCC) |
| Plaintiffs | * * | JURY TRIAL REQUESTED |
| vs. | * * | |
| CROWLEY TOWING AND TRANSPORTATION COMPANY et al. | * * * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * *

## PLAINTIFFS VERIFIED STATEMENT

We, ANGEL ORTIZ ANGLERO and REINALDO ILARRAZA MEDINA, of legal age, married and residents of Carolina, Puerto Rico, state urder oath as follows:

1. We are the plaintiffs in  the instant case.

2. We were former employees of Crowley and SIU union member in good standing.

3. We have carefully reviewed the facts presented in the

1

attached STATEMENT OF UNCONTESTED MATERIAL FACTS and state that
we have personal knowledge of those facts and that the same are
true and correct to the best of our knowledge.

4. We declare, under penalty of perjury, that we have perso-
nal knowledge of those facts and that the same are true and
correct to the best of our knowledge.

In San Juan, Puerto Rico, this 30 day of August 2004.


ANGEL ORTIZ ANGLERO                     REINALDO ILARRAZA MEDINA

2