UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL ORTIZ ANGLERO AND REINALDO ILARRAZA MEDINA | CIVIL NO. 97-2437 (CCC) SAN JUAN |
| Plaintiffs | JURY TRIAL REQUESTED |
| vs. | |
| CROWLEY TOWING AND TRANSPORTATION COMPANY et al. | |
| Defendants | |

## MOTION INFORMING NEW ADDRESS

TO THE HONORABLE COURT:

Plaintiffs, by and through counsel, respectfully inform this Court that his new address is Avenida Borinquen núm. 2108, San Juan, Puerto Rico 00915 and new fax is 787-727-7284.

WHEREFORE, plaintiffs respectfully request the Court to order the Clerk of the Court and all parties to send future notification to the new address.

I certify that on this same date I sent copy of the foregoing motion to attorney Ana R. Biascoechea, to P.O. Box 195332, San Juan, PR 00919-5332; to attorney Raquel M. Dulcaides, to fax 751-4068 and/or to P.O. Box 366104, San Juan, PR 00936-6104; to Ellen Silver, Esq., 5201 Auth Way, Camp Springs, Maryland 20746 and to attorney J.H. Zidell, to fax 305-865-7167 and/or to City National Bank Building, 300 71 St. #605, Miami Beach, FL 33141.

Respectfully submitted, this 30 day of September 2004.

LUIS AMAURI SUAREZ ZAYAS, ESQ.
US DISTRICT COURT NO. 118903
Avenida Borinquen núm. 2108
San Juan, Puerto Rico 00915
Tel. 787-761-3037
Fax 787-727-7284

1