IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO and REINALDO ILARRAZA-MEDINA

Plaintiffs

vs

CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO,

Defendants
_____

ORLANDO RODRIGUEZ, LEONCIO CANCEL, ANGEL ORTIZ, PEDRO FIGUEROA, REYNALDO ILARRAZA, MIGUEL NEGRON

Plaintiffs

vs

CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION

Defendants

CIVIL 97-2437CCC
CIVIL 98-1548CCC

## PARTIAL JUDGMENT

For the reasons stated in our Order of this same date, the Motions for Summary Judgment (**docket entries 41 and 42**) are GRANTED as to the retaliation claims, which are DISMISSED. Summary judgment on the hybrid federal claims based on the seniority issue are DENIED. However, since the seniority rights of plaintiffs Orlando Rodríguez, Leoncio Cancel, Pedro Figueroa and Miguel Negrón were not violated, the actions brought by these plaintiffs are DISMISSED. The seniority claims as to the four remaining plaintiffs remain.

CIVIL 97-2437CCC                                         2
CIVIL 98-1548CCC

      The summary judgment motions are also GRANTED as to Ortiz-Angleró and Ilarraza-Medina's seniority claims under Law 80 and their claims under Article 1802, which are DISMISSED.

      SO ORDERED AND ADJUDGED.

      At San Juan, Puerto Rico, on September 30, 2004.

                                                      S/CARMEN CONSUELO CEREZO
                                                      United States District Judge