IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORLANDO RODRÍGUEZ, et al.<br><br>Plaintiffs<br><br>v.<br><br>CROWLEY TOWING AND TRANSPORTATION CO., et al.<br><br>Defendants | Civil 97-2437 (GG)<br>97-1548 (GG) |

**MOTION REITERATING THAT UNDERSIGNED COUNSEL ARE NOT THE LEGAL REPRESENTATIVES OF THE SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO**

**TO THE HONORABLE COURT:**

**NOW COME** the undersigned counsel and very respectfully **STATE** and **PRAY** as follows:

1. On this same date, the undersigned counsel was noticed with copy of an Order scheduling a settlement conference for November 16, 2004 and the jury trial for February 25, 2005.

2. As it appears from the Docket No. 96, of May 8, 2001, the undersigned counsels filed a Motion to Withdraw as counsel of the SIU. Said Motion was granted on May 10, 2001, Docket Number 97.

3. Pursuant to Docket Entry 98, Attorney Ana R. Biascoechea, entered her appearance on behalf of the Seafarers International Union, which was granted on July 20, 2001 (Docket Entry 99), of this Honorable Court.

4. Subsequent to the above, the undersigned counsels have continued to receive notices and documents in the instant proceedings.

**IN VIEW OF THE ABOVE** it is very respectfully requested from this Honorable Court that the name of the undersigned counsel and the law firm, be eliminated from the record of this case, so that no further notices or documents are notified to the undersigned.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 13TH day of October 2004.

>s/ Miguel Simonet Sierra
>**MIGUEL SIMONET SIERRA**
>Attorney Bar Number: 210102
>Attorney for Defendant
>**LOPEZ-LAY VIZCARRA & SIMONET**
>407 Condominio Parque
>4th Floor
>San Juan, Puerto Rico 00912
>Tel. (787) 725-5300
>Fax  (787) 723-5849
>E-mail: msimonet@llvslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 13th, 2004, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1. Jose L. Suárez Villafañe, Esq.
   **Jiménez, Graffam & Lausell**
   P.O. Box 366104
   San Juan, PR 00936-6104

2. Luis A. Suárez Zayas, Esq.
   Calle Felipe Goyco #530
   San Juan, PR 00915

3. J.H. Zidell, Esq.
   300 71st Street #605
   Miami Beach, FL 33141

At San Juan, Puerto Rico, on October 13th, 2004.

    s/ Miguel Simonet Sierra
    Attorney Bar Number: 210102
    Attorney for (Defendant)
    **LOPEZ-LAY VIZCARRA & SIMONET**
    407 Condominio Parque
    4th Floor
    San Juan, Puerto Rico 00912
    Tel. (787) 725-5300
    Fax  (787) 723-5849
    E-mail: msimonet@llvslaw.com