UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ORLANDO RODRIGUEZ, et.al.,
Plaintiffs

Vs.
Civil No. 98-1548 (CCC)

Consolidated with

Civil No. 97-2437 (CCC)

CROWLEY TOWING AND TRANSPORTATION CO.
SEAFARERS INTERNATIONAL UNION
Defendants_____/

**PLAINTIFFS' NOTICE OF CONFLICT PURSUANT TO OCTOBER 4TH, 2004 NOTICE OF SETTLEMENT CONFERENCE.**

**COME NOW THE PLAINTIFFS, LUIS ALVAREZ AND MIGUEL VASQUEZ, THROUGH COUNSEL, AND ADVISE THE FOLLOWING:**

1. On October 13th, 2004, the undersigned underwent back surgery and will not be able to appear for the settlement conference ordered for November 16th, 2004.

2. The undersigned has contacted Counsel Luis Amauri Suarez Zayas, Esq., also Counsel for (2) Plaintiffs herein, who has agreed to appear as Counsel for Alvarez and Vasquez for the limited purpose of the settlement conference planned for November 16th, 2004.

3. The undersigned respectfully requests that the Court allow Mr. Zayas, Esq. to appear for all Plaintiffs at the settlement conference on November 16th,

2004 and to excuse the undersigned from appearing at the same. Alternatively, the undersigned or associate Counsel could possible appear by phone for said conference.

```
            J.H. Zidell, Esq.
            300 71ST STREET #605
           MIAMI BEACH, FLA. 33141
               F.B.N.0010121
               305-865-6766
             FX 305-865-7167
```

_____

CERTIFICATE OF SERVICE:
I hereby certify that a true and correct copy of the foregoing was mailed by U.S. Mail OR FED EX to : Raquel M. Dulzaides at P.O. Box 366104, San Juan , Puerto Rico 00936-6104, Luis Suarez at Avenida Borinquen num. 2108, San Juan, Puerto Rico, 00915 on this 18TH day of October , 2004.

By: _____
       J.H. Zidell, Esq.