IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ÁNGEL ORTIZ ANGLERÓ and REINALDO ILARRAZA-MEDINA,<br><br>Plaintiffs<br><br>v.<br><br>CROWLEY TOWING & TRANSPORTATION COMPANY, et al.,<br><br>Defendants | CIVIL 97-2437 (CCC) |
| ORLANDO RODRÍGUEZ, et al.,<br><br>Plaintiffs<br><br>v.<br><br>CROWLEY TOWING & TRANSPORTATION COMPANY, et al.,<br><br>Defendants | CIVIL 98-1548 (CCC) |

<u>SETTLEMENT CONFERENCE REPORT</u>

At the conference held on November 9, 2004, plaintiffs were represented by Luis A. Suárez Zayas, Esq., defendants by Ana R. Biascoechea and Raquel M. Dulzaides, Esqs.

Attorney J.H. Zidell was excused from the conference. Settlement was discussed at length among the attorneys. Parties are to inform me by November 29, 2004 if this case and a related case will settle. A further settlement conference is set for January 11, 2005 at 9:00 a.m.

In San Juan, Puerto Rico, this 19th day of November, 2004.

S/ JUSTO ARENAS
Chief United States Magistrate Judge