UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ORLANDO RODRIGUEZ, et.al.,
Plaintiffs

Vs.
Civil No. 98-1548 (CCC)

Consolidated with

Civil No. 97-2437 (CCC)

CROWLEY TOWING AND TRANSPORTATION CO.
SEAFARERS INTERNATIONAL UNION
Defendants_____/

PLAINTIFFS' NOTICE OF CONFLICT PURSUANT TO OCTOBER 4TH, 2004 NOTICE OF SETTLEMENT CONFERENCE.

**COME NOW THE PLAINTIFFS, LUIS ALVAREZ AND MIGUEL VASQUEZ, THROUGH COUNSEL, AND ADVISE THE FOLLOWING:**

1. On October 13th, 2004, the undersigned underwent back surgery and could not appear for the settlement conference ordered for November 16th, 2004.

2. The undersigned has contacted Counsel Luis Amauri Suarez Zayas, Esq., also Counsel for (2) Plaintiffs herein, who has agreed to appear as Counsel for Alvarez and Vasquez for the limited purpose of the settlement conference planned for a second time on January 11th, 2005.

3. The undersigned respectfully requests that the Court allow Mr. Zayas, Esq. to appear for all Plaintiffs at the settlement conference on January 11th, 2005 and to excuse the undersigned from appearing at the same. Alternatively, the

1

undersigned or associate Counsel could appear by phone for said conference. Or, if necessary, Associate Counsel Antonio Campos (also Federal Court bar member) could appear if required to do so.

```
                    J.H. Zidell, Esq.
                  300 71ST STREET #605
                  MIAMI BEACH, FLA. 33141
                     F.B.N.0010121
                     305-865-6766
                    FX 305-865-7167
```

CERTIFICATE OF SERVICE:
I hereby certify that a true and correct copy of the foregoing was mailed by U.S. Mail OR FED EX to : Raquel M. Dulzaides at P.O. Box 366104, San Juan , Puerto Rico 00936-6104, Luis Suarez at Avenida Borinquen num. 2108, San Juan, Puerto Rico, 00915 on this 22nd day of DECEMBER , 2004.
                By:_____
                     J.H. Zidell, Esq.

2