IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ÁNGEL ORTIZ ANGLERÓ and REINALDO ILARRAZA-MEDINA,<br><br>Plaintiffs<br><br>v.<br><br>CROWLEY TOWING & TRANSPORTATION COMPANY, et al.,<br><br>Defendants | CIVIL 97-2437 (CCC) |
| ORLANDO RODRÍGUEZ, et al.,<br><br>Plaintiffs<br><br>v.<br><br>CROWLEY TOWING & TRANSPORTATION COMPANY, et al.,<br><br>Defendants | CIVIL 98-1548 (CCC) |

## FURTHER SETTLEMENT CONFERENCE REPORT

At the conference held on January 11, 2005, plaintiffs were represented by Luis A. Suárez Zayas, Esq., defendants by Ana R. Biascoechea and Raquel M. Dulzaides, Esqs. Attorney J.H. Zidell appeared via telephone.

Parties will file a joint motion for the court to issue an appealable partial judgment, Docket No. 130, in relation to its September 30, 2004 order, Docket No. 129. This issue is a major block to settlement negotiations. Parties will also request a stay of proceedings.

In San Juan, Puerto Rico, this 13th day of December, 2005.

S/ JUSTO ARENAS
Chief United States Magistrate Judge