IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO and REINALDO ILARRAZA-MEDINA

Plaintiffs

vs

CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO,

Defendants
_____

ORLANDO RODRIGUEZ, LEONCIO CANCEL, ANGEL ORTIZ, PEDRO FIGUEROA, REYNALDO ILARRAZA, MIGUEL NEGRON

Plaintiffs

vs

CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION

Defendants

CIVIL 97-2437CCC
CIVIL 98-1548CCC

# O R D E R

The Motion (**docket entry 142**) is GRANTED. The **jury trial set for February 25, 2005 is set aside.** The parties are granted until March 17, 2005 to file settlement papers.

SO ORDERED.

At San Juan, Puerto Rico, on February 24, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge