IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL ORTIZ ANGLERO and REINALDO ILARRAZA-MEDINA

Plaintiffs

vs

CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO,

Defendants
_____

ORLANDO RODRIGUEZ, LEONCIO CANCEL, ANGEL ORTIZ, PEDRO FIGUEROA, REYNALDO ILARRAZA, MIGUEL NEGRON

Plaintiffs

vs

CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION

Defendants

CIVIL 97-2437CCC
CIVIL 98-1548CCC

**PARTIAL JUDGMENT**

   Having considered the Stipulation of Dismissal With Prejudice filed on March 4, 2005 by plaintiffs Angel Ortiz-Angleró, Reinaldo Ilarraza-Medina and defendants Crowley Towing and Transportation Co. and the Seafarers International Union of North America, Atlantic, Gulf, Lakes and Island Waters District, AFL-CIO (**docket entry 144**), the same is APPROVED and the

CIVIL 97-2437CCC                          2
CIVIL 98-1548CCC

claims brought by plaintiffs Angel Ortiz-Angleró and Reinaldo Ilarraza-Medina are hereby DISMISSED, with prejudice, without imposition of costs, expenses or attorney's fees, pursuant to the terms of the Stipulation which are made part of this Judgment.

    SO ORDERED AND ADJUDGED.

    At San Juan, Puerto Rico, on March 7, 2005.

                                    S/CARMEN CONSUELO CEREZO
                                      United States District Judge