IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL ORTIZ ANGLERO and REINALDO ILARRAZA-MEDINA<br><br>Plaintiffs<br><br>vs<br><br>CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES AND INLAND WATERS DISTRICT, AFL-CIO,<br><br>Defendants<br>_____<br>ORLANDO RODRIGUEZ, LEONCIO CANCEL, ANGEL ORTIZ, PEDRO FIGUEROA, REYNALDO ILARRAZA, MIGUEL NEGRON<br><br>Plaintiffs<br><br>vs<br><br>CROWLEY TOWING & TRANSPORTATION COMPANY and SEAFARERS INTERNATIONAL UNION<br><br>Defendants | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CIVIL 97-2437CCC<br>CIVIL 98-1548CCC |

## JUDGMENT

Having considered the Stipulation of Dismissal With Prejudice filed on April 1, 2005 by plaintiffs Luis Alvarez and Miguel Vázquez, and defendants Crowley Towing and Transportation Co. and the Seafarers International Union of North America, Atalantic, Gulf, Lakes and Island Waters District, AFL-CIO (**docket entry 148**), the same is APPROVED and the claims brought by plaintiffs Luis Alvarez and Miguel Vázquez are hereby DISMISSED, with prejudice, and without imposition of costs, expenses or attorney's fees, pursuant to the terms of the Stipulation which are made part of this Judgment.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 8, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge