UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ORLANDO RODRIGUEZ, et.al.,
Plaintiffs

Vs.
Civil  No. 98-1548 (CCC)

Consolidated with

Civil No. 97-2437   (CCC)

CROWLEY TOWING AND TRANSPORTATION CO.
SEAFARERS INTERNATIONAL UNION
**Defendants**_____/

<u>PLAINTIFFS' NOTICE OF  APPEAL.</u>

**COME NOW THE PLAINTIFFS, THROUGH COUNSEL, AND GIVE NOTICE that they are appealing the final judgment entered in this case dated April 8th, 2005 and filed on April 11th, 2005. Based on the  entry of this final judgment, the <u>Plaintiffs and the 94 individuals affected</u> by the subject order give notice that they are appealing, to the First Circuit Court Of Appeals, the District Court's order dated December 21st, 2000 (DE 91) denying Plaintiffs' motion to amend [DE 38] the complaint to add 94 Plaintiffs as Parties to this case. Furthermore, the Plaintiffs give notice that they are appealing the District Court's order on summary judgment entered on September 30th, 2004. The nature of the orders being appealed are final orders. All orders appealed are made to the First Circuit Court of Appeals.**

J.H. Zidell, Esq.
300 71ST STREET #605
MIAMI BEACH, FLA. 33141
F.B.N.0010121
305-865-6766
FX 305-865-7167

_____

CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing was mailed by U.S. Mail OR FED EX to : Raquel M. Dulzaides at P.O. Box 366104, San Juan , Puerto Rico 00936-6104, Luis Suarez at Avenida Borinquen num. 2108, San Juan, Puerto Rico, 00915 on this 2nd day of MAY, 2005.

By:_____
J.H. Zidell, Esq.