# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** June 3, 2005

**DC #:** 97-2437 (CC) / Consolidated Cases

**APPEAL FEE PAID:** YES  _X_   NO  ___

**CASE CAPTION:** Angel Ortiz-Anglero   v.   Crowley Towing & Transportation Co.

**IN FORMA PAUPERIS:** YES  ___   NO  _X_

**MOTIONS PENDING:** YES  ___   NO  _X_

**NOTICE OF APPEAL FILED BY:** Plaintiffs

**APPEAL FROM:** Judgment entered on 04/11/05, Opinion & Order and Partial Judgment entered on 10/01/04, and Opinion & Order entered 12/11/00

**SPECIAL COMMENTS:** Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries   1-41 | I |
| Docket Entries   42-68 | II |
| Docket Entries   69-91 | III |
| Docket Entries   92-120 | IV |
| Docket Entries   121-150 | V |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk